**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MICHAEL CORITSIDIS,**

**Plaintiff,**

**- against -**

**BENJAMIN HUFFMAN, ET AL.,**

**Defendants.**

**26-cv-2293 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The time for the Government to file a motion to dismiss is extended to **September 11, 2026.** The time for the plaintiff to respond to any motion to dismiss is extended to **September 25, 2026.** The time for Government to reply is extended to **October 5, 2026.**

**SO ORDERED.**

**Dated: New York, New York**
**August 28, 2026**

**_____/s/ John G. Koeltl__________**
**John G. Koeltl**
**United States District Judge**