UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL CORITSIDIS,

Plaintiff,

- against -

BENJAMIN HUFFMAN, ET AL.,

Defendants.

26-cv-2293 (JGK)

Order

John G. Koeltl, District Judge:

The time for the defendants to submit a reply in support of their motion to dismiss is extended to **October 30, 2026.** If no reply is filed by that time, the motion will be decided on the current papers.

SO ORDERED.

Dated: New York, New York
October 23, 2026

John G. Koeltl
United States District Judge